John WESTLAKE, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2009–7004.

United States Court of Appeals, Federal Circuit.

Nov. 25, 2008.

### ORDER

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Yvonne Fannette HOWERTON, Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent,

and

Department of the Army, Intervenor.

No. 2009–3011.

United States Court of Appeals, Federal Circuit.

Nov. 26, 2008.

### ORDER

The order of dismissal and the mandate dated 11/25/2008, 2008 WL 5781003, having been issued in error, the same hereby are, VACATED, and RECALLED, and the petitioner for review is REINSTATED.